**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

JOCELYN ANN C.,

                        Plaintiff,                      6:20-cv-1200
                                                                (GLS/DEP)

                  v.

COMMISSIONER OF SOCIAL
SECURITY,

                        Defendant.

| APPEARANCES: | OF COUNSEL: |
|---|---|
| **FOR THE PLAINTIFF:** | |
| Office of Peter W. Antonowicz | PETER W. ANTONOWICZ, ESQ. |
| 148 West Dominick Street | |
| Rome, NY 13440 | |
| | |
| **FOR THE DEFENDANT:** | |
| HON. CARLA B. FREEDMAN | RAMI VANEGAS |
| United States Attorney | Special Assistant U.S. Attorney |
| 100 South Clinton Street | |
| Syracuse, NY 13261 | |
| | |
| Anatoly Shnaider | |
| Regional Chief Counsel | |
| Office of Regional Counsel, Region I | |
| 625 JFK Building | |
| 15 New Sudbury Street | |
| Boston, MA 02203 | |

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

      The above-captioned matter comes to this court following a Report and

Recommendation (R&R) by Magistrate Judge David E. Peebles duly filed

February 7, 2022.  (Dkt. No. 22.)  Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report and Recommendation (Dkt. No. 22) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the Commissioner's decision is **AFFIRMED**; and it is further

**ORDERED** that defendant's motion for judgment on the pleadings (Dkt. No. 20) is **GRANTED**; and it is further

**ORDERED** that plaintiff's motion for judgment on the pleadings (Dkt. No. 15) is **DENIED**; and it is further

**ORDERED** that plaintiff's complaint (Dkt. No. 1) is **DISMISSED** in its entirety; and it is further

**ORDERED** that the clerk is directed to enter judgment and close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

March 1, 2022
Albany, New York

_____
Gary L. Sharpe
U.S. District Judge

3